**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
admin@wb-law.com
*Attorney for Defendant Tremaine Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jocelyn Kinsey, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>State of Arizona, a municipal entity; Tremaine Jackson, in his official and individual capacity,<br><br>          Defendants. | Case No.: 2:20-cv-00949-DLR<br><br>**JOINT REPORT REGARDING DEFENDANT JACKSON'S STATE COURT CRIMINAL TRIAL** |

    In accordance with the Court's Order dated, January 7, 2021, (Doc 27) undersigned Counsel hereby submits this Joint Report concerning Defendant Jackson's State Court criminal trial.

**Defendant Tremaine Jackson**

    Defendant Jackson's Motion to Stay was based on the fact that Jackson's ability to defend this case is severely limited by the burden imposed by the ongoing criminal case. Subsequently to this Court granting Jackson's Motion to Stay, the criminal trial was postponed until December 8, 2020, and has now been postponed again until February 16, 2021. Because the criminal trial has been postponed, Jackson is still unable to properly defend this civil case, as he risks violating his own right to be free from self-incrimination. Because Jackson's criminal trial has been postponed,

all the same reasons for granting the stay in the first place are still present, a stay is necessary to preserve Jackson's constitutionally protected Fifth Amendment right to be free from self-incrimination. Defendant Jackson requests that the Stay be extended until the parallel criminal case has been resolved.

### Defendant State of Arizona

Defendant State of Arizona agrees with the foregoing and therefore joins this motion.

### Plaintiff

In the spirit of cooperation, Plaintiff would not be opposed to staying this matter to allow the criminal trial to proceed in February of 2021.  However, Plaintiff believes there is no proper basis to indefinitely stay this matter given the criminal proceedings may continue for a much longer time into the future.  Thus, Plaintiff would oppose a stay extending this matter beyond March of 2021.

**RESPECTFULLY SUBMITTED** this 11th day of January 2021.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorney for Defendant Tremaine Jackson*

**ATTORNEYS FOR FREEDOM**

/s/ *Jody L. Broaddus (with permission)*
Marc J. Victor, Esq.
Jody L. Broaddus, Esq.
3185 South Price Road
Chandler, Arizona 85248
Marc@AttorneyForFreedom.com
Jody@AttorneyForFreedom.com
*Attorneys for Plaintiff*

**MARK BRNOVICH, ATTORNEY GENERAL**

*/s/ Byron J. Babione (with permission)*
Byron J. Babione, Esq.
Lindsey Gilman, Esq.
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
DefensePhx@azag.gov
Byron.Babione@azag.gov
Lindsey.Gilman@azag.gov
*Attorneys for State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2021 the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the registrants.

By */s/ Christine M. Ferreira*