**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jocelyn Kinsey, | No. CV-20-00949-PHX-DLR |
| Plaintiff, | Consolidated with<br>No. CV-20-01357-PHX-DLR |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed of Defendants' Renewed Motion to Stay Civil Proceeding Pending Resolution of Parallel Criminal Cases (Doc. 28), and the Joint Report Regarding Defendant Jackson's State Court Criminal Trial (Doc. 29), and good cause appearing;

**IT IS ORDERED** that Defendants' motion (Doc. 28) is GRANTED. This matter shall be stayed until **July 15, 2021**, pending Defendant Tremaine Jackson's State Court criminal trial.

**IT IS FURTHR ORDERED** setting this matter for a status conference **July 27, 2021, at 10:15 a.m**.

Dated this 26th day of January, 2021.

Douglas L. Rayes
United States District Judge